## ALLEMANNI et al. v. UNITED STATES.

(Circuit Court of Appeals, Second Circuit. April 13, 1921.)

### No. 172.

Criminal law ☞1090 (19)—Stipulation that transcript of record is true does not bring up exceptions.

A stipulation by counsel that the transcript of record had been agreed on as true does not bring before the appellate court any exception taken at the trial, where no bill of exceptions was ever signed by the judge.

In Error to the District Court of the United States for the Southern District of New York.

Cesare Allemanni and another were convicted of crime, and they bring error. Affirmed.

Austin & Abruzzo, of Brooklyn, N. Y., for plaintiff in error Fantini.

Cæsar B. F. Barra, of New York City, for plaintiff in error Allemanni.

Francis G. Caffey, U. S. Atty., of New York City (G. W. Taylor, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before WARD, HOUGH, and MANTON, Circuit Judges.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

PER CURIAM. May 18, 1920, these defendants were found guilty by the jury and no bill of exceptions was ever signed by the judge. December 3, 1920, counsel for the parties stipulated that the transcript of record had been agreed upon as true. This brought before us no exception taken at the trial as to which error was assigned. Still we have examined the assignments and think none involves reversible error.

The judgment is affirmed.